**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 14-6932**

—————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

LANTIS JETON YOUNG,

                Defendant - Appellant.

—————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:00-cr-00131-GCM-1)

—————

Submitted:  October 31, 2014        Decided:  November 14, 2014

—————

Before SHEDD, DUNCAN, and HARRIS, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Lantis Jeton Young, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lantis Jeton Young seeks to appeal his life sentence imposed in 2003. At the time Young's judgment of conviction was entered on the docket, the Federal Rules of Appellate Procedure required a defendant in a criminal case to file his notice of appeal within ten days of the entry of judgment. Fed. R. App. P. 4(b)(1)(A)(i). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered judgment on September 3, 2003. Young filed his notice of appeal, at the earliest, June 10, 2014. Because Young failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal as untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court.

DISMISSED

2